AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

MIDDLE District of ALABAMA

KW PLASTICS RECYCLING DIVISION

V.

DINORAH'S SPORTSWEAR AND SCREEN PRINTING INC., a/k/a DSW WHOLESALE INC.

**SUMMONS IN A CIVIL ACTION**

CASE NUMBER: 2:08-CV-50

TO: (Name and address of Defendant)

Dinorah's Sportswear & Screen Printing Inc.
a/k/a DSW Wholesale Inc.
1780 NW 20th Street
Miami, Florida 33142

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Grady A. Reeves and Matthew Baker
Cervera, Ralph & Reeves, L.L.C.
914 South Brundidge Street
P.O. Box 325
Troy, Alabama 36081

an answer to the complaint which is served on you with this summons, within _____20_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Debra P. Hackett

CLERK

(By) DEPUTY CLERK

DATE  1-22-08