IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KW PLASTICS RECYCLING DIVISION, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 2:08-cv-50-MEF |
| ) | |
| DINORAH'S SPORTSWEAR AND ) | |
| SCREEN PRINTING, INC., ) | |
| ) | |
| Defendant. ) | |

## **O R D E R**

On January 18, 2008, the plaintiff filed a complaint against defendant Dinorah's Sportswear and Screen Printing, Inc. As of this date, the defendant has not been served. Pursuant to Rule 4(m) of the *Federal Rules of Civil Procedure*, it is hereby

ORDERED that plaintiff show cause on or before July 18, 2008 as to why this action should not be dismissed without prejudice.

DONE this the 9th day of July, 2008.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE