IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KW PLASTICS RECYCLING DIVISION, )<br>)<br>Plaintiff,                )<br>)<br>v.                         )<br>)<br>DINORAH'S SPORTSWEAR AND      )<br>SCREEN PRINTING, INC.,        )<br>)<br>Defendant.               ) | CASE NO. 2:08-cv-50-MEF |

MOTION TO EXTEND TIME FOR SERVICE

COMES NOW, the Plaintiff, KW Plastics Recycling Division, and moves this Honorable Court for an order extending the time for service on the Defendant in the above styled matter and as grounds therefore would show unto the Court as follows:

1. The Court entered an Order on July 9, 2008, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, stating that the Defendant had not been served and directing the Plaintiff to show cause on or before July 18, 2008, as to why this action should not be dismissed without prejudice.

2. The Defendant in this matter is believed to be located in Miami, Florida. The Plaintiff has retained the services of a private investigative firm in Miami, Florida to locate the Defendant.

3. Plaintiff's counsel and the private investigator are diligently working toward locating the Defendant and making service upon the Defendant.

For the above stated reasons, the Plaintiff is requesting a 30 day extension of time in which to make service upon the Defendant.

Respectfully submitted this the 16th day of July, 2008.

/s/ Grady A. Reeves
Grady A. Reeves (REE042)
Attorney for Plaintiff

OF COUNSEL
CERVERA, RALPH & REEVES, LLC
P.O. Box 325
Troy, Alabama 36081
(334) 566-0116 phone
(334)566-4347 fax
[troylaw@troycable.net](mailto:troylaw@troycable.net) e-mail