IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KW PLASTICS RECYCLING DIVISION, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:08-cv-50-MEF |
| | ) |
| DINORAH'S SPORTSWEAR AND | ) |
| SCREEN PRINTING, INC., | ) |
| | ) |
| Defendant. | ) |

## **O R D E R**

Upon consideration of plaintiff's Motion to Extend Time (Doc. #6) filed on July 16, 2008, it is hereby

ORDERED that the motion is GRANTED to and including August 18, 2008.

DONE this the 18th day of July, 2008.

                                                 /s/ Mark E. Fuller
                                   CHIEF UNITED STATES DISTRICT JUDGE